09 CVS 005925

NORTH CAROLINA

DURHAM COUNTY

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

FileNo.

CHERYL BLAKE
Plaintiff

vs.

**COMPLAINT**

CREE INCORPORATED
Defendant

The Plaintiff complaining of defendant and says:

1. The Plaintiff was employed at Cree Inc. from June 24, 2002 through March 28, 2008 Plaintiff developed a work injuries while employed at Cree. Plaintiff filed a claim for workers compensation against Defendant. Plaintiff was under doctors care was placed on restricted duties. Plaintiff's claim was denied by the Travelers Insurance Carrier, and plaintiff retained an attorney for injuries sustained.

2. Defendant retaliated against Plaintiff, and Plaintiff was wrongfully terminated by her employer and plaintiff's supervisor Vince Regina. Defendant had staffing problems, and plaintiff was terminated for staffing reasons due to disability.

3. Plaintiff was discriminated against under the Fair Labor Standards Act (FLSA), the Retaliatory Employment Discrimination Act (REDA), the Age Discrimination in Employment Act (ADEA), Title VII of the Civil Rights Act of 1964 (Title VII), Section 1983 of the Civil Rights act as amended (Section 1983), Americans With Disabilities Act (ADA), the Family and Medical Leave Act (FLMA),wrongful discharge, unpaid wages, unpaid vacation , unpaid sick leave pay, unpaid bonuses, unpaid merit increases, intentional and negligent infliction of emotional distress of plaintiff and plaintiff's family members, defamation, fraud, and all other cause of action based on federal, state, local or common law.

WHEREFORE, Plaintiff pray for Judgment against the Defendant in the amount in excess of $15,000 for each charge and all damages above as determined by courts.

Exhibits:
A - Letter of Termination from Defendant
B - Email request for FMLA
C - Email sent to Vince Regina
D - Doctor's Note for restricted duties
E -Letter sent to Plaintiff's Doctor from Defendant
F - Doctor's Response to Letter to Defendant
G. Restrictions and notes from Concentra
F. Form 1099-G from ESC

Cheryl A. Blake
4321 Marbrey Drive
Durham, NC 27703

EXHIBIT B



306

4600 Silicon Drive • Durham, NC 27703 • (919) 313-5300

March 28, 2008

Ms. Cheryl Blake
4321 Marbrey Dr
Durham, NC 27703

Dear Cheryl:

In connection with termination of your employment from Cree, Inc. (the "Company") effective March 28, 2008, I would like to draw your attention to the following information:

- Your medical, vision and dental coverage will terminate on March 28, 2008. Under COBRA, you may elect to continue medical, vision and dental insurance coverage for you or your dependents with Aetna at your expense for up to 18 months. Further information will be mailed directly to you from Aetna.
- If you participated in the Company's Medical Reimbursement Plan, you may elect to continue this Plan under COBRA at your expense through the remainder of the Plan year. Further information will be mailed directly to you from Aetna.
- You also may elect under COBRA to continue your benefits under the Company's EAP program (ValueOptions) at your expense for up to 18 months. Further information will be mailed directly to you from Aetna.
- If you participated in the Company's 401(k) plan, you will receive an Exiting Employee Kit from Fidelity Investments within 2-3 weeks. If you have any questions regarding the 401(k) plan please contact a Fidelity Representative at 1-800-835-5097.
- Your life insurance, short-term disability insurance and long-term disability insurance will terminate on March 28, 2008.
- You have the option to continue life insurance coverage at your expense under the Company's group insurance plan after your termination. Your options are: 1) A term life policy - with no cash value and terms at the age of 65; or 2) A whole life policy - builds cash value and does not terminate due to age. You may contact Human Resources at (919) 313-5729 to request a form for additional information or you may contact Sun Life Financial directly at 1-888-679-4994. Specific details regarding this information can be obtained by referring to your Certificate and Summary Plan Description for Sun Life Financial for further information.

Exhibit A

PLAINTIFF'S EXHIBIT
6
7/8/7/40

- All Company property, including security cards, electronic records, reports, files, memoranda, file cabinet keys, notes, etc., must be returned to the Company. If you have any outstanding items, please contact me at (919) 313-5801 so arrangements can be made for their return.
- If you have any questions regarding the procedure for exercising your **vested** options (if any), please contact the Company's Stock Plan Administrator at the stock plan helpline, (919) 313-5800.

307

Sincerely,

Shakira Brown
Human Resources Specialist

Exhibit A cont.

## Cheryl Blake

**From:** Markee Flint

**Sent:** Wednesday, February 20, 2008 10:37 AM

**To:** Cheryl Blake

**Subject:** RE: FMLA

[illegible]

STD benefits offset workers comp. So if you are getting as much under workers comp as you would get under STD, then Sun Life (our STD carrier) will not approve you for any STD benefits. If you are not getting as much under workers comp than Sun Life will offset that amount. You might also be eligible to take FMLA leave which is unpaid, but provides job protections.

[illegible]

Markee

-----Original Message-----
**From:** Cheryl Blake
**Sent:** Wednesday, February 20, 2008 7:21 AM
**To:** Markee Flint
**Subject:** FMLA

Markee, I want to take a leave of absence because of my carpel tunnel. Do you think or know whether or not this will approve for short tern disabilty until my case is resolved with workers comp.

2/20/2008

Exhibit B

**Cheryl Blake**

**From:** Cheryl Blake
**Sent:** Mon 2/11/2008 6:32 AM
**To:**
**Cc:** Amanda Davis
**Subject:** Neck and shoulder pain
**Attachments:**

Vince, I will not be able to work at probe for a while. I'm in physical therapy and my therapist thinks the job is causing me pain. I will ask her to pass this on to my doctor so she can write a note.

Exhibit C



**Durham Family Practice**
2609 North Duke Street
Suite 205
Durham, NC 27704
919-220-9800

Patients's Name Cheryl Blake Date 2-14-08

Anticipated Date of return ———

Restrictions
Patient cannot do repetitive
looking down or looking up
Will exacerbate her neck problems

[signature] M.D.

HDF 1177 06/04

Exhibit D



4600 Silicon Drive • Durham, NC 27703 • (919) 313-5300

February 20, 2008

Dr. Mignon Benjamin
Durham Family Practice
2609 North Duke Street, Suite 205
Durham, NC 27704

Re: Cheryl Blake

Dear Dr. Benjamin:

We are writing to follow up on your recent note indicating Cheryl Blake cannot do any repetitive looking down or looking up, as that would exacerbate her neck problems. Ms. Blake currently works as a Semiconductor Production Worker and is asked to perform several different job duties that vary from day to day; week to week, just depending on production needs and operator availability. One of these jobs, Probe, does require an operator to look down through a microscope and then look up at a monitor. When performing the Probe job function, the operator would be required to look down and then look up at a monitor on average once every 1-5 minutes.

The purpose of our letter is to request additional information from you regarding Ms. Blake's limitations so that we can make the appropriate accommodations. Can you please provide further information regarding:

(i) The duration of time that constitutes "repetitive" looking up and looking down, i.e. how many times during an hour and for how many hours could Ms Blake look up and down.
(ii) The possibility that Ms. Blake could perform the Probe job duties for a certain amount of time each shift before switching to another job duty. If so, how long would that duration of time be?
(iii) The duration of time Ms. Blake will be limited from repetitive looking up and looking down.

By copy of this letter, we are asking Ms. Blake to provide you whatever consent you deem necessary to allow you to provide us with the information requested above.

Dr. Benjamin, we appreciate you assisting us in working through these issues with Ms. Blake. Please send your written response to me at the above named address or by fax. In the meantime, if you have any questions, need additional information, or wish to discuss this matter further, please call.

Sincerely,

Karen Smith
Human Resources Generalist
(o) 919-313-5791
(f) 919-313-5453

cc: Cheryl Blake

Rec'd on 3-20-08

Never got a letter until today

Exhibit



UNC
HEALTH CARE
DURHAM FAMILY
PRACTICE

3-3-08

Dear Karen,

Re Cheryl Blake -

It is difficult to specify just how much Ms. Blake can do repetitive up & down movements of her neck -

To start with, she could try to do this activity for 15min out of an hour, though of course it would be preferable for her to do jobs that require no prolonged down or up neck position.

Would limit her for at least one month and then reevaluate - She is also seeing a specialist who could render an opinion.

[signature]

2609 N. Duke Street Suite 205 Durham, North Carolina 27704
Phone (919) 220-9800 Fax (919) 220-9500

Exhibit E

5400 S Miami Blvd Ste 112 DURHAM, NC 27703
Phone: (919) 941-1911 Fax: (919) 941-1901

# Transcription

| | | | |
|---|---|---|---|
| **Patient:** | Blake, Cheryl A. | **Service Date:** | 6/6/2007 |
| **Soc. Sec. #:** | 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 | **Injury Date:** | 5/1/2007 |
| **Date of Birth:** | 3/6/1957 **Age:** 50 | **Employer:** | Cree |
| **Service Location:** | CMC - RAL Durham | **Dictated By:** | Diana Polimine, NP |
| **Service ID # :** | 660563306 | **Diagnosis:** | 719.43 Wrist Pain |

**Notes:**

********** PROGRESS NOTE **********

This is a follow-up visit for a previously evaluated injury. Prior clinic notes reviewed. Patient returns for a recheck for the injury stated above.

HISTORY OF PRESENT ILLNESS:
The patient is wearing splint 100 % of the time. Patient has been working within the duty restrictions. Patient has been taking their medications and has not noted any improvement. Patient has had physical therapy 2 times and does not feel better. The pain is located on radial aspect of the bilateral wrist. She reports numbness in both hands R>L. She has seen a neurologist recently who was diagnosed with CTS. She did not bring records or NCS test results as instructed. She reports pain and tenderness to medial aspect of of both elbows. No neck pain reported or extremity weakness.

PE:

APPEARANCE: Well-developed. Well-nourished.

MUSCULOSKELETAL:

Cervical: There is no spinal tenderness or bony deformity to palpation. Full range of motion. No tenderness.

Right Wrist: Wrist shows no deformity. No swelling. FROM with pain. Grip strength normal. Normal radial pulse.+Thenar atrophy. + phalens, Neg tinels, Positive compression test.

Left Wrist: Wrist shows no deformity. No effusion. No swelling. Grip strength normal. Interosseous muscle strength normal. Negative Finklesteins. Negative Tinels. Positive Phalens. Positive compression test

Left Elbow: No effusion. Elbow shows no deformity. Full range of motion. No pain on movement. The patient has tenderness to palpation medial epicondyl .

Right Elbow: No effusion. Elbow shows no deformity. No ecchymosis. Full range of motion. No pain on movement. The patient has tenderness to palpation medial epicondyl . Sensory, Motor and Vascular examination distal to the injury is normal.

ASSESSMENT:
The patients diagnosis/diagnoses remain unchanged. DISCUSSION: Instructed patient to fax or bring medical records from neurologist.

PLAN:

MEDICATIONS:
Patient instructed to continue their previous medications as prescribed.
Continue with the previous therapy schedule. Continue splint.

ACTIVITY STATUS:
Modified activity

- Must wear brace.
- Unable to use impact tool with right left hand.
- Unable to use power tool with right left hand.

**Dictated But Not Read**
**Dictated On:** 6/6/2007 5:49 PM

**Dictated By: Diana Polimine, NP**

Exhibit G

**Last Update:** 06/06/2007 17:49:46 **Last Updated By:** polimidx **Transcription Printed Date:** 06/15/2007

© 1996 - 2007 Concentra Health Services, Inc. All Rights Reserved.
Form Revision Date: 04/05/2006




## Individual Services

Search FAQs Contact ESC Site Map

You are Logged in!

ESC Logout

Individual Home

Secured Services
File for Benefits
Find a Job
Unemployment Insurance
Benefits Estimator
Career Planning
Training
Veterans
Downloads
Voter Registration
Find Local Offices

Make a difference. Teach in North Carolina.

# FORM 1099-G

## 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, CHERYL A BLAKE

*Amounts displayed are the same as on the original Form 1099-G, Statement for Recipient of Unemployment Insurance Compensation Payments. Subsequent changes will not be reflected on this web site.*

**Form 1099-G - Statement for Recipient of Unemployment Compensation Payments**

| | |
|---|---|
| Paid By:<br>Employment Security Commission of North Carolina<br>Post Office Box 25903<br>Raleigh, North Carolina 27611-5903<br><br>Federal Identification Number 56-600-1389 | Recipient ID: 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<br>Year: 2008 State: NC<br>Unemployment Compensation: $11,583.00 |
| Paid To:<br>CHERYL A BLAKE<br>4321 MARBREY DR<br>DURHAM, NC 27703-7185 | ATAA Payments: $0.00<br>State Income Tax Withholding: $559.00<br>Federal Income Tax Withholding: $559.00 |

*This is important tax information and is being furnished to the Internal Revenue Service and to the N.C. Department of Revenue. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS and/or the N.C. Department of Revenue determines that it has not been reported. See the instructions for your state and federal income tax returns. Keep this report with your tax records. If you have questions please contact customer service at esc.ui.customerservice@ncmail.net.*

*Department of the Treasury - Internal Revenue Service*

OMB No. 1545-0120

◄ Previous

Individual Services Home | ESC Home | FAQs | Search | Contact ESC | Site Map

©2009 - Employment Security Commission of North Carolina
ESC Browser Settings and Information
ESC Privacy Policy / Disclaimer

www.ncesc1.com/individual/individualservices/web1099/Web1099Main.asp (I)

https://www.ncesc1.com/individual/individualservices/web1099/Web1099Main.asp 7/8/2009