IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA
GILFORD COUNTY

CHERYL BLAKE
  Plaintiff

  Vs.                    **AMENDED COMPLAINT**

Cree Inc. +
Vincent P. Regina
  Defendant

1:09CV807



The Plaintiff is amending complaint naming Vincent P. Regina as defendant and says;

1. The Plaintiff was employed at Cree Inc. from June 24, 2002 through March 28, 2008. Plaintiff at the time of her employment termination was under the supervision or management of Vincent P. Regina and became disabled and was placed on restricted duties while under doctor's care. Plaintiff was terminated for **staffing reasons due to disability.**

2. Defendant Vincent P. Regina (Vince) is imputed to Cree under agent theory.

3. Plaintiff was discriminated against under the Fair Labor Standards Act (FLSA), the Retaliatory Employment Discrimination Act (REDA), the Age Discrimination in Employment Act (ADEA), Title VII of the Civil Rights Act of 1964 (Title VII), Section 1983 of the Civil Rights act as amended (Section 1983), Americans With Disabilities Act (ADA), the Family and Medical Leave Act (FLMA), **wrongful discharge**, unpaid wages, unpaid vacation, unpaid sick leave pay, unpaid bonuses, unpaid merit increases, intentional and negligent infliction of emotional distress of plaintiff and plaintiff's family members, **defamation**, fraud, and all other cause of action based on federal, state, local or common law.

　　　　WHEREFORE, Plaintiff prays for Judgment against the Defendant Vince P. Regina in the amount in excess of $15,000 for each charge and all damages above as determined by courts..

Exhibits:
A - Letter of Termination from Defendant
B - Email request for FMLA
C - Email sent to Vince Regina
D - Doctor's Note for restricted duties
E - Letter sent to Plaintiff's Doctor from Defendant
F - Doctor's Response to Letter to Defendant
G. Restrictions and notes from Concentra
H.5 Form 1099-G from ESC

Cheryl A. Blake
4321 Marbrey Drive
Durham, NC 27703

CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing **Amended Complaint naming Vincent P. Regina as a defendant,** by depositing a copy thereof in the United States mail, postage prepaid and addressed as follows:

>Kilpatrick Stockton LLP
>3737 Glenwood Avenue
>Suite 400
>Raleigh, North Carolina

This the 23rd day of October, 2009

Cheryl Blake

*/s/ Cheryl Blake*

4321 Marbrey Drive

Durham, N. C. 27703